

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00132-CV

Gaetan Pelletier and Pelletier Management and Consulting, LLC
v.
Victoria Air Conditioning, Ltd.

On Appeal from the
267th District Court of De Witt County, Texas
Trial Court Cause No. 16-09-23,901

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

June 24, 2021